Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
PO Box 16310
Portland, Oregon 97292-0310
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

FILED 10 JUL 12 9 21USDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

PEGGY LILLESTRAND,
      Plaintiff,                                              CV # 08-652-KI

     v.                                                              ORDER

MICHAEL ASTRUE,
Commissioner of Social Security,
      Defendant.

_____

     The court finds and orders an attorney fee of $10,042.87 pursuant to 42 U.S.C. §

406(b).

     This court previously awarded Equal Access to Justice Act fees of $5,109.82 to

Plaintiff under 28 U.S.C. § 2412. Upon receipt of the fee of $10,042.87, Plaintiff's

attorney will refund $5,109.82, the EAJA amount previously awarded in this matter, to

Plaintiff.

     Dated this _12th_ day of July, 2010.


                                      _____
                                      Garr M. King
                                      United States District Judge